UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BENNERMAN,

    Petitioner,

v.                                          CASE NO. 2:06-CV-15463
                                           JUDGE ARTHUR J. TARNOW
                                           UNITED STATES DISTRICT JUDGE

CAROL HOWES,

    Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated March 9, 2010, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan this 9th day of March, 2010.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT


                                  BY:    s/Catherine A. Pickles
                                                  Catherine A. Pickles

APPROVED:


s/Arthur J. Tarnow
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE